1  [SUBMITTING COUNSEL ON SIGNATURE LINE]

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Olean Wholesale Grocery Cooperative, Inc., on behalf of itself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, AND STARKIST COMPANY,<br><br>*Defendants.* | Case No. 3:15-cv-01714-JLS-MDD<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE**<br><br>Hon. Janis L. Sammartino<br><br>DATE:    November 5, 2015<br>TIME:    1:30 P.M.<br>CRTRM:  4A |
| Pacific Groservice Inc. d/b/a/ PITCO Foods, on behalf of itself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, and | Case No. 3:15-cv-01791-JLS-MDD |

| | |
|---|---|
| STARKIST COMPANY,<br><br>                             *Defendants.* | |
| Beverly Youngblood, on behalf of herself and all others similarly situated,<br><br>                             *Plaintiff,*<br><br>                             v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, AND STARKIST COMPANY,<br><br>                             *Defendants.* | Case No. 3:15-cv-01863-JLS-MDD |
| Trepco Imports and Distribution LTD, on behalf of itself and all others similarly situated,<br><br>                             *Plaintiff,*<br><br>                             v.<br><br>BUMBLE BEE FOODS, LLC f/k/a BUMBLE BEE SEAFOODS, LLC, TRI-UNION SEAFOODS, LLC d/b/a CHICKEN OF THE SEA, STARKIST COMPANY, AND KING OSCAR, INC.,<br><br>                             *Defendants*. | Case No. 3:15-cv-01987-AJB-KSC |
| Louise Ann Davis Mathews, on behalf of herself and all others similarly situated,<br><br>                             *Plaintiff,*<br><br>                             v. | Case No. 3:15-cv-01878-JLS-MDD |

| | |
|---|---|
| BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, and STARKIST COMPANY,<br><br>*Defendants*. | |
| Capitol Hill Supermarket, on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, AND STARKIST COMPANY,<br><br>*Defendants*. | Case No. 3:15-cv-01867-JLS-MDD |
| James Walnum, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, STARKIST COMPANY, TRI-UNION SEAFOODS LLC, AND KING OSCAR, INC.,<br><br>*Defendants*. | Case No. 3:15-cv-01887-BAS-RBB |
| Evelyn Olive, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*, | Case No. 3:15-cv-01909-BEN-WVG |

| | |
|---|---|
| v. <br><br> BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, STARKIST COMPANY, AND KING OSCAR, INC., <br><br> *Defendants.* | |
| Colin Moore, on behalf of himself and all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, AND STARKIST COMPANY, <br><br> *Defendants.* | Case No. 3:15-cv-01911-JLS-MDD |
| Jennifer A. Nelson, et al., on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, STARKIST COMPANY, AND KING OSCAR, INC., <br><br> *Defendants.* | Case No. 3:15-cv-01979-JLS-MDD |
| Dutch Village Restaurant of itself and all others similarly situated, | Case No. 3:15-cv-02020-LAB-BLM |

|   |   |
|---|---|
| *Plaintiff*, | |
| v. | |
| BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, AND STARKIST COMPANY, | |
| *Defendants*. | |
| Steven M. Colberg, et al., on behalf of themselves and all others similarly situated, | Case No. 3:15-cv-02011-L-MDD |
| *Plaintiffs*, | |
| v. | |
| BUMBLE BEE FOODS LLC, STARKIST COMPANY, TRI-UNION SEAFOODS LLC, AND KING OSCAR, INC., | |
| *Defendants*. | |
| Amy Joseph, on behalf of herself and all others similarly situated, | Case No. 3:15-cv-02017-BTM-NLS |
| *Plaintiff*, | |
| v. | |
| BUMBLE BEE FOODS, LLC, TRI-UNION SEAFOODS, LLC, STARKIST COMPANY, AND KING OSCAR, INC. | |
| *Defendants*. | |

| | |
|---|---|
| Jinkyoung Moon, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, STARKIST COMPANY, TRI-UNION SEAFOODS LLC, AND KING OSCAR, INC.,<br><br>*Defendants.* | Case No. 3:15-cv-02006-H-JMA |
| Rick Musgrave, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, STARKIST COMPANY, TRI-UNION SEAFOODS LLC, AND KING OSCAR, INC.,<br><br>*Defendants.* | Case No. 3:15-cv-02012-BAS-RBB |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, on November 5, 2015 at 1:30 p.m., or as soon therafter as the matter may be heard, before the Honorable Janis L. Sammartino of the United States District Court of the Southern District of California, located at 221 West Broadway, Courtroom 4A, Suite 4135, San Diego, CA, 92101, Plaintiffs Olean Wholesale Grocery Cooperative, Inc. ("Olean"); Pacific Groservice Inc. d/b/a/ PITCO Foods ("PITCO"); Beverly Youngblood ("Youngblood"); and Trepco Imports and Distribution LTD ("Trepco") (collectively, "Direct Purchaser Plaintiffs") and Plaintiffs Capitol Hill Supermarket, Louise Ann Davis Matthews, James Walnum, Jennifer A. Nelson, Evelyn Olive, Colin Moore, Dutch Village Restaurant, Steven M. Colberg, Jinkyoung Moon and Rick Musgrave (collectively the "Indirect Purchaser Plaintiffs"), will, and hereby do, move this Court pursuant to Fed. R. Civ. P. 42(a), for an Order:

(1) consolidating the following direct purchaser actions into a Consolidated Direct Purchaser Action: *Olean Wholesale Grocery Coop., Inc. v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-0714-JLS-MDD; *Pacific Groservice Inc. d/b/a PITCO Foods v. Bumble Bee Foods LLC et al.*, No. 3:15-cv-01791-JLS-MDD; *Youngblood v. Bumble Bee Foods LLC et al.*, No. 3:15-cv-01863-JLS-MDD; and *Trepco Imports and Distribution LTD v. Bumble Bee Foods LLC et al.*, No. 3:15-cv-01987-AJB-KSC;

(2) consolidating the following indirect purchaser end payor actions into a Consolidated End Payor Action: *Mathews v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01878-JLS-MDD; *Walnum v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01887-BAS-RBB; *Olive v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01909-BEN-WVG; *Moore v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01911-JLS-MDD; *Nelson v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01979-JLS-MDD; *Steven M. Colberg, et al., v. Bumble Bee Foods LLC*, Case No. 3:15-cv-02011-L-MDD; *Jinkyoung Moon et al.*

*v. Bumble Bee Foods LLC et al.,* Case No. 3:15-cv-02006-H-JMA; *Rick Musgrave v. Bumble Bee Foods LLC et al.*, Case No. 3:15-cv-02012-BAS-RBB; *Amy Joseph v. Bumble Bee Foods, LLC, et al.,* Case No. 3:15-cv-02017-BTM-NLS ("*Joseph*");

(3) consolidating the following indirect purchaser commercial food preparer actions into a Consolidated Commerical Food Preparer Action: *Capitol Hill Supermarket v. Bumble Bee Foods LLC, et al.*, No. 3:15-cv-01867-AJB-WVG; *Dutch Village Restaurant v. Bumble Bee Foods LLC et al.*, Case No. 3:15-cv-02020-LAB-BLM; and

(4) coordinating the Consolidated Direct Purchaser Action, the Conlidated End Payor Action, and the Consolidated Commercial Food Preparer Action under one case number, Case No. 3:15-cv-01714-JLS-MDD, all as set forth in more detail in the proposed order.

This Motion is brought on the grounds that consolidation is necessary to protect the interests of the proposed class, expedite progress toward certification, coordinate pre-certification discovery, allow all parties and their counsel to be readily aware of orders of the Court that may directly or indirectly affect them, and to prevent unnecessary delay.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, all of the pleadings and papers on file in the above-captioned actions, and such other and written or oral arguments as may be presented to the Court at or before the hearing.

Dated: September 14, 2015             Respectfully submitted,

**HAUSFELD LLP**

By:   /s/ *Christopher L. Lebsock*
    Michael P. Lehmann
    Bonny E. Sweeney
    Christopher L. Lebsock
    600 Montgomery St., Suite 3200

San Francisco, CA 94111
Telephone: 415-633-1908
Facsimile: 415-358-4980
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com

Michael D. Hausfeld
James J. Pizzirusso
1700 K Street NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
Email: mhausfeld@hausfeld.com
Email: jpizzirusso@hausfeld.com

*Attorneys for Plaintiff Olean Wholesale Grocery Cooperative, Inc.*

By:   /s/ *Barbara Hart*
**LOWEY DANNENBERG COHEN & HART, P.C.**
Barbara Hart (*pro hac vice* to be submitted)
Sung-Min Lee (*pro hac vice* to be submitted)
One North Broadway, Suite 509
White Plains, NY 10601-2301
Telephone: 914-997-0500
E-Mail: bhart@lowey.com
E-Mail: slee@lowey.com

**ISAACS, FRIEDBERG & LABATON LLP**
Mark I. Labaton (SBN 159555)
City National Plaza – South Tower
555 South Flower St., Suite 4250
Los Angeles, CA 90071
Telephone: 213-929-5550
E-Mail: mlabaton@iflcounsel.com

*Attorneys for Plaintiff Pacific Groservice, Inc. d/b/a PITCO Foods*

```
 1
 2                              By:   /s/ Whitney E. Street
                                      BLOCK & LEVITON LLP
 3                                    Whitney E. Street
                                      Lesley E. Weaver
 4                                    520 3rd Street, Suite 108
 5                                    Oakland, CA 94607
                                      Telephone: 415-968-8999
 6                                    Facsimile: 617-507-6020
                                      Email: wstreet@blockesq.com
 7                                    Email: lweaver@blockesq.com
 8
 9                                    Erica G. Langsen
                                      155 Federal Street, Suite 400
10                                    Boston, MA 02110
                                      Telephone: 617-398-5600
11                                    Facsimile: 617-507-6020
12                                    Email: elangsen@blockesq.com
13
                                      Attorneys for Plaintiff Beverly Youngblood
14
15                              By:   /s/ Jason S. Hartley
                                      STUEVE SIEGEL HANSON LLP
16                                    Jason S. Hartley
17                                    Jason M. Lindner
                                      550 West C Street, Suite 610
18                                    San Diego, CA 92101
                                      Telephone: 619-400-5822
19                                    Email: hartley@stuevesiegel.com
20                                    Email: lindner@stuevesiegel.com
21
                                      Attorneys for Plaintiff Trepco Imports and
22                                    Distribution LTD
23
24                              By:   /s/ Michael J. Flannery
                                      CUNEO GILBERT & LADUCA, LLP
25                                    Michael J. Flannery
                                      7733 Forsyth Boulevard, Suite 1675
26                                    St. Louis, MO 63105
27                                    Telephone: 314-226-1015
                                      Facsimile: 202-789-1819
28                                    mflannery@cuneolaw.com
```

*Attorneys for Capitol Hill Supermarket and Dutch Village Restaurant*

By:   /s/ *Christopher T. Micheletti*
**ZELLE HOFMANN VOELBEL & MASON LLP**
Christopher T. Micheletti
Judith A. Zahid
Michael S. Christian
Jiangxiao Athena Hou
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: cmicheletti@zelle.com
jzahid@zelle.com
mchristian@zelle.com
ahou@zelle.com

*Attorneys for James Walnum, Steven M. Colberg, Michael Juettten, and Carl Lown*

By:   /s/ *Kimberly A. Krawlowec*
**THE KRALOWEC LAW GROUP**
Kimberly A. Kralowec
Kathleen Styles Rogers
Chad A. Saunders
44 Montgomery St., Suite 1210
San Francisco, CA 94104
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
Email: kkralowec@kraloweclaw.com
krogers@kraloweclaw.com
csaunders@kraloweclaw.com

*Attorneys for Louise Ann Davis Mathews and Colin Moore*

By:   /s/ *Betsy C. Manifold*
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

| | |
|---|---|
| 1 | Betsy C. Manifold |
| 2 | Rachele R. Rickert |
| | 750 B Street, Suite 2770 |
| 3 | San Diego, CA 92101 |
| 4 | Telephone: 619/239-4599 |
| | Facsimile: 619/234-4599 |
| 5 | manifold@whafh.com |
| 6 | rickert@whafh.com |

*Attorneys for Evelyn Olive, Sterling King, Paul Berger, Sally Crnkovich, Jessica Breitbach, Marc Blumstein, Louise Adams, Brian Levy, John Trent, Tina Grant, Jennifer A. Nelson, And Elizabeth Twitchell*

By:   /s/ *Rosemary M. Rivas*
**FINKELSTEIN THOMPSON LLP**
Rosemary M. Rivas
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704
rrivas@finkelsteinthompson.com

*Attorneys for Rick Musgrave*

By:   /s/  *Robert J. Gralewski, Jr.*
**KIRBY McINERNEY LLP**
Robert J. Gralewski, Jr.
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 398-4340
bgralewski@kmllp.com

**STRAUS & BOIES, LLP**
Timothy D. Battin
Nathan M. Cihlar
Christopher V. Le
4041 Fairfax Drive, Fifth Floor
Fairfax, VA 22201

Telephone: (703) 764-8700
Facsimile: (703) 764-8704
tbattin@straus-boies.com
ncihlar@straus-boies.com
cle@straus-boies.com

*Attorneys for Plaintiffs Jinkyoung Moon, Corey Norris, Clarissa Simon, and Nigel Warren*

# CERTIFICATE OF SERVICE

I, Christopher L. Lebsock, hereby declare that on September 14, 2015, I caused to be filed the following documents:

1) **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE**

2) **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE**

with the Clerk of the Court of the United States District Court for the Southern District of California, using the official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock