LATHAM & WATKINS LLP
  Daniel M. Wall (CA Bar No. 102580)
    *dan.wall@lw.com*
  Belinda S Lee (CA Bar No. 199635)
    *belinda.lee@lw.com*
  Ashley M. Bauer (CA Bar No. 231626)
    *ashley.bauer@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorneys for Defendant StarKist Co.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL HILL SUPERMARKET, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS, LLC, and STARKIST COMPANY,<br><br>Defendants. | CASE NO. 15-CV-1867-JLS-MDD<br><br>DEFENDANT STARKIST CO.'S NOTICE OF PARTY WITH FINANCIAL INTEREST AND DISCLOSURE STATEMENT<br><br>Judge: Janis L. Sammartino |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2, the undersigned, counsel of record for Defendant StarKist Co. ("StarKist"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Dongwon Industries Co., Ltd. (ownership interest).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 29, 2015 | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By *s/ Belinda S Lee*<br>Belinda S Lee |
| 5 | | LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000 |
| 6 | | San Francisco, California 94111-6538<br>Telephone: (415) 391-0600 |
| 7 | | Facsimile: (415) 395-8095<br>Email: belinda.lee@lw.com |
| 8 | | *Counsel for StarKist Co.* |

# **CERTIFICATE OF SERVICE**

I certify that on the 29th day of September 2015, I filed the foregoing notice with the Clerk of the Court for the United States, Southern District of California by using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

LATHAM & WATKINS LLP

By: *s/ Belinda S Lee*
Belinda S Lee
Counsel for StarKist Co.
Email: belinda.lee@lw.com