LATHAM & WATKINS LLP
  Daniel M. Wall (CA Bar No. 102580)
    *dan.wall@lw.com*
  Belinda S Lee (CA Bar No. 199635)
    *belinda.lee@lw.com*
  Ashley M. Bauer (CA Bar No. 231626)
    *ashley.bauer@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

Attorneys for Defendant StarKist Co.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL HILL SUPERMARKET, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS, LLC, and STARKIST COMPANY,<br><br>Defendants. | Case No. 15-CV-1867-JLS-MDD<br><br>**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Janis L. Sammartino |

Defendants Bumble Bee Foods, LLC, Tri-Union Seafoods, LLC, and StarKist Co. (collectively, "Defendants"), together with Plaintiff Capitol Hill Supermarket (and together with Defendants, the "parties"), jointly move the Court for an extension of time for Defendants to move to dismiss, answer or otherwise respond to the complaints in the above-captioned action (the "Complaints").

WHEREAS, Capitol Hill Supermarket filed a Complaint on August 24, 2015 and served Defendants on September 9, 2015;

WHEREAS, absent an extension of time, Defendants are due to answer, move, or otherwise respond to the Complaint by September 30, 2015;

WHEREAS, to date, 31 civil actions alleging antitrust violations in connection with the sale of packaged seafood products have been filed in federal district courts throughout the United States, including this action (the "Related Actions");

WHEREAS, a motion was filed before the United States Judicial Panel on Multidistrict Litigation ("JPML"), on August 28, 2015, seeking to transfer and centralize the Related Actions in a single federal district court ("Motion");

WHEREAS, responses to the Motion were due September 21, 2015, and the JPML has not yet set the Motion for hearing;

WHEREAS, to economize both judicial and Party resources pending the JPML's decision on the Motion, the Parties believe and agree that Defendants' time to move to dismiss, answer, or otherwise respond to Plaintiff's Complaint should be extended until after the JPML has ruled on the pending Motion, it has been determined which court will preside over the Related Actions, and any consolidated amended complaint has been filed;

ACCORDINGLY, the undersigned Parties, through their respective counsel of record, hereby move as follows:

1. If the JPML transfers all Related Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Defendants shall answer, move or otherwise respond to the then-operative complaint no later than 60 days after: (a) service of a consolidated amended complaint, or (b) service of written notice that plaintiff will not file a consolidated amended complaint.

2. If the JPML does not transfer all Related Actions to a single district, Defendants shall answer, move, or otherwise respond to the then-operative complaint no later than 60 days after service of the JPML ruling.

3. The Parties further contend and agree that no defense is prejudiced or waived by its submission of this Joint Motion.

4. If the Defendants agree to or are ordered to answer any complaint in any Related Action on an earlier date than that specified in paragraph 1 above, the Defendants shall answer the Complaint in this action on the same date.

Dated: Sept. 29, 2015

*s/ Belinda S Lee*
Daniel M. Wall (Cal. Bar No. 102580)
Belinda S Lee (Cal. Bar No. 199635)
Ashley M. Bauer (Cal. Bar No. 231626)
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: dan.wall@lw.com
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendant StarKist Co.*

Dated: Sept. 29, 2015

*s/ Edward D. Hassi*
Edward D. Hassi
*Application to appear pro hac vice pending*
Julia A. Schiller
*Admitted pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com

*Counsel for Defendant Bumble Bee Foods, LLC*

Dated: Sept. 29, 2015

*s/ William E. White*
William E. White (Cal. Bar. No. 155617)
John Terzaken
John Roberti
ALLEN & OVERY LLP
1101 New York Avenue NW
Washington, D.C 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
Email: john.terzaken@allenovery.com
Email: john.roberti@allenovery.com

| | | |
|---|---|---|
| 1 | | Email: william.white@allenovery.com |
| 2 | | *Counsel for Defendant Tri-Union Seafoods LLC* |
| 3 | | |
| 4 | Dated: Sept. 29, 2015 | *s/ Michael J. Flannery* |
| 5 | | Michael J. Flannery (Cal. Bar No. 196266) |
| 6 | | CUNEO GILBERT & LADUCA, LLP<br>7733 Forsyth Boulevard, Suite 1675 |
| 7 | | St. Louis, MO 63105<br>Telephone: 314.226.1015<br>Facsimile: 202.789.1819 |
| 8 | | mflannery@cuneolaw.com |
| 9 | | Jonathan W. Cuneo<br>Joel Davidow |
| 10 | | Daniel M. Cohen<br>CUNEO GILBERT & LADUCA, LLP |
| 11 | | 507 C Street, NW<br>Washington, DC 20002 |
| 12 | | Telephone: 202.789.3960<br>Facsimile: 202.589.1813 |
| 13 | | jonc@cuneolaw.com<br>joel@cuneolaw.com |
| 14 | | danielc@cuneolaw.com |
| 15 | | Taylor Asen<br>CUNEO GILBERT & LADUCA, LLP |
| 16 | | 16 Court Street, Suite 1012<br>Brooklyn, NY 11241 |
| 17 | | Telephone: 202.789.3960<br>Facsimile: 202.589.1813 |
| 18 | | tasen@cuneolaw.com |
| 19 | | |
| 20 | | *Counsel for Capitol Hill Supermarket* |

## ECF CERTIFICATION

I, Belinda Lee, hereby certify that the content of this joint motion is acceptable to all parties who are required to sign this joint motion. Plaintiff's counsel has authorized Defendant StarKist to affix his CM/ECF electronic signature to this joint motion.

## CERTIFICATE OF SERVICE

On September 29, 2015, I caused to be served the following document described as:

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

by serving a true copy of the above-described document via electronic mail to the following parties who have consented in writing to such form of service:

Edward D. Hassi
Julia A. Schiller
O'MELVENY & MYERS LLP
Email: ehassi@omm.com
Email: jschiller@omm.com
*Counsel for Defendant Bumble Bee Foods, LLC*

William E. White
John Terzaken
John Roberti
ALLEN & OVERY LLP
Email: john.terzaken@allenovery.com
Email: john.roberti@allenovery.com
Email: william.white@allenovery.com
*Counsel for Defendant Tri-Union Seafoods LLC*

Jonathan W. Cuneo
Joel Davidow
Daniel M. Cohen
CUNEO GILBERT & LADUCA, LLP
507 C Street, NW
Washington, DC 20002
Telephone: 202.789.3960
Facsimile: 202.589.1813
jonc@cuneolaw.com
joel@cuneolaw.com

| | |
|---|---|
| 1 | danielc@cuneolaw.com |
| 2 | Taylor Asen |
| | CUNEO GILBERT & LADUCA, LLP |
| 3 | 16 Court Street, Suite 1012 |
| | Brooklyn, NY 11241 |
| 4 | Telephone: 202.789.3960 |
| | Facsimile: 202.589.1813 |
| 5 | tasen@cuneolaw.com |
| | *Counsel for Capitol Hill Supermarket* |
| 6 | |

7    I certify that on the 29th day of September 2015, I filed the foregoing notice

8  with the Clerk of the Court for the United States, Southern District of California by

9  using the Court's CM/ECF system, which will send notifications of such filing to

10  all counsel of record.

11

12  Michael J. Flannery (Cal. Bar No. 196266)
    CUNEO GILBERT & LADUCA, LLP
13  7733 Forsyth Boulevard, Suite 1675
    St. Louis, MO 63105
14  Telephone: 314.226.1015
    Facsimile: 202.789.1819
15  mflannery@cuneolaw.com

16  Maxwell M. Blecher
    BLECHER AND COLLINS
17  515 S. Figueroa Street, Suite 1750
    Los Angeles, CA 90017
18  Telephone: 213.622.4222
    Facsimile: 23.622.1656
19  mblecher@blechercollins.com

20  *Counsel for Capitol Hill Supermarket*

21

22                               LATHAM & WATKINS LLP

23
                         By:    *s/ Belinda S Lee*
24                              Belinda S Lee
                                Counsel for StarKist Co.
25                              Email: belinda.lee@lw.com

26

27

28